

# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
**A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION**
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice in
New York and Connecticut*

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

*\*\*Admitted To Practice in
New York and Florida*

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

July 9, 2026

<u>VIA ECF</u>
Honorable Hector Gonzalez
United States District Court Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Courtroom 6A South
Brooklyn, New York 11201

Re: New Falls Corporation v. Om P. Soni,
Anjali Soni and Sudershan Sethi
Case No. 2:18-CV-02768 (HG)(LGD)

Dear Judge Gonzalez:

This firm is counsel to Defendants Om and Anjali Soni in the above-referenced lawsuit.

I am pleased to advise Your Honor that I have resolved my issues with my clients and hereby withdraw my request for permission to file a motion to withdraw as counsel.

In the event Your Honor has any questions, kindly have Chambers contact me.

Respectfully yours,

Marc A. Pergament

MAP:js